UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK SCHROEDER,

    Petitioner,

v                                                       Case No. 1:04-cv-30

PAUL RENICO,                                Hon. Wendell A. Miles

    Respondent.
_____/

## JUDGMENT

The petition for habeas corpus is denied.

Entered this 2nd day of November, 2006.

                                                       /s/ Wendell A. Miles
                                                       Wendell A. Miles
                                                       Senior U.S. District Judge